THE ADDER MACHINE COMPANY, Respondent, *v.* GERMAN FIRE INSURANCE COMPANY OF PEORIA, ILLINOIS, Appellant.

*Adder Machine Co.* v. *German Fire Ins. Co. of Peoria, Illinois*, 176 App. Div. 908, affirmed.
(Argued March 3, 1919; decided March 18, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 30, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover the amount of unearned premium on a canceled policy

of fire insurance issued by the defendant insurance company to the plaintiff. Defendant contended that there was no proof that the policy had been surrendered or offered for surrender to the company.

*Arthur C. Mandel* and *S. J. Rosenblum* for appellant.
*Herbert M. Simon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.